Case 8:25-cv-01595-MAR Document 19 Filed 09/16/26 Page 15 of 19 Page ID #:3117

Matthew F. Holmberg
Attorney at Law: 321167
Law Offices of Lawrence D. Rohlfing, Inc., CPC
12631 East Imperial Highway Suite C-115
Santa Fe Springs, CA 90670
Tel.: (562) 868-5886
Fax: (562) 868-8868
E-mail: matthew.holmberg@rohlfinglaw.com

Attorneys for Plaintiff
Kennie Del Carmen Cardenas

**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

| | |
|---|---|
| KENNIE DEL CARMEN CARDENAS,<br><br>Plaintiff,<br><br>vs.<br><br>FRANK BISIGNANO, Commissioner of Social Security,<br><br>Defendant. | Case No.: 8:25-cv-01595-MAR<br><br>STIPULATION FOR THE AWARD AND PAYMENT OF ATTORNEY FEES AND EXPENSES PURSUANT TO THE EQUAL ACCESS TO JUSTICE ACT, 28 U.S.C. § 2412(d) AND COSTS PURSUANT TO 28 U.S.C. §§ 1920; 2412; DECLARATION OF MATTHEW F. HOLMBERG |

TO THE HONORABLE MARGO A. ROCCONI, MAGISTRATE JUDGE OF THE UNITED STATES DISTRICT COURT:

IT IS HEREBY STIPULATED by and between the parties through their undersigned counsel, subject to the approval of the Court, that Kennie Del Carmen Cardenas ("Cardenas") be awarded attorney fees and expenses in the amount of six thousand two hundred and fifty dollars ($6,250.00) under the Equal Access to Justice Act (EAJA), 28 U.S.C. § 2412(d), and no costs under 28 U.S.C. §§ 1920;

2412. These amounts represent compensation for all legal services rendered on behalf of Cardenas by counsel in connection with this civil action, in accordance with 28 U.S.C. §§ 1920; 2412.

Cardenas was the prevailing party in this matter and Cardenas is an individual whose net worth does not exceed $2,000,000 at the time the civil action was filed. The position of the Commissioner was not substantially justified and an award of fees is not unjust.

Under *Astrue v. Ratliff*, 130 S. Ct. 2521, 2528-29 (2010), EAJA fees awarded by this Court belong to the Cardenas and are subject to offset under the Treasury Offset Program (31 U.S.C. § 3716(c)(3)(B) (2006)). Any EAJA fees should therefore be awarded to Cardenas and not to Cardenas's attorney. Fees can be made payable by check or electronic funds transfer (EFT).

If, after receiving the Court's order awarding fees and expenses under the EAJA, the Commissioner (1) determines that Cardenas has assigned her right to EAJA fees to her attorney; (2) determines that Cardenas does not owe a debt that is subject to offset under the Treasury Offset Program, the EAJA fees will be made payable to Cardenas's attorney. However, if there is a debt owed under the Treasury Offset Program, the remaining EAJA fees after offset will be paid by a check or EFT made out to Cardenas but delivered to Cardenas's attorneys, Lawrence D. Rohlfing, Inc., CPC pursuant to the assignment executed by Cardenas. [1]

The retainer agreement containing the assignment by Cardenas to counsel is attached as exhibit 1. The firm's hours are attached as exhibit 2.

---

[1] The parties do not stipulate whether counsel has a cognizable lien under federal law against the recovery of EAJA fees and expenses that survives the Treasury Offset Program.

Case 8:25-cv-01595-MAR Document 19 Filed 09/11/26 Page 35 of 10 Page ID #:3119

This stipulation constitutes a compromise settlement of Cardenas's request for EAJA attorney fees and does not constitute an admission of liability on the part of Defendant under the EAJA or otherwise. Payment of the agreed amount shall constitute a complete release from, and bar to, any and all claims that Cardenas and/or Lawrence D. Rohlfing including Law Offices of Lawrence D. Rohlfing, Inc., CPC may have relating to EAJA attorney fees in connection with this action.

The parties further agree that the EAJA award is without prejudice to the right of Matthew F. Holmberg and/or the Law Offices of Lawrence D. Rohlfing, Inc., CPC to seek attorney fees pursuant to Social Security Act § 206(b), 42 U.S.C. § 406(b), subject to EAJA offset provisions. See 28 U.S.C. § 2412(c)(1) (2006).

DATE: August 28, 2026 Respectfully submitted,

LAW OFFICES OF LAWRENCE D. ROHLFING, INC., CPC

/s/ *Matthew F. Holmberg*[2]

BY: ________________________
Matthew F. Holmberg
Attorney for plaintiff Kennie Del Carmen Cardenas

DATED:

TODD BLANCHE
Attorney General
BILAL A. ESSAYLI
First Assistant United States Attorney
DANIEL A. BECK
Assistant United States Attorney
Acting Chief, Civil Division
CEDINA M. KIM
Assistant United States Attorney
Senior Trial Attorney, Civil Division

By: s/ Michael Marriott
MICHAEL MARRIOT
Special Assistant United States Attorney
(per email authorization)
Attorneys for Defendant

[2] Counsel for the plaintiff attests that all other signatories listed, and on whose behalf the filing is submitted, concur in the filing's content and authorized filing.

**DECLARATION OF MATTHEW F. HOLMBERG**

I, Matthew F. Holmberg, declare as follows:

1. I am an attorney at law duly admitted to practice before this Court in this case. I represent Kennie Del Carmen Cardenas in this action. I make this declaration of my own knowledge and belief.
2. I attach as exhibit 1 a true and correct copy of the itemization of time in this matter.
3. I attach as exhibit 2 a true and correct copy of the retainer agreement with Kennie Del Carmen Cardenas containing an assignment of the EAJA fees.

I declare under penalty of perjury that the foregoing is true and correct to the best of my knowledge and belief.

Executed this August 28, 2026, at Santa Fe Springs, California.

/s/ *Matthew F. Holmberg*

Matthew F. Holmberg

# PROOF OF SERVICE

STATE OF CALIFORNIA, COUNTY OF LOS ANGELES

I am employed in the county of Los Angeles, State of California. I am over the age of 18 and not a party to the within action. My business address is 12631 East Imperial Highway, Suite C-115, Santa Fe Springs, California 90670.

On this day of September 1, 2026, I served the foregoing document described as STIPULATION FOR THE AWARD AND PAYMENT OF ATTORNEY FEES AND EXPENSES PURSUANT TO THE EQUAL ACCESS TO JUSTICE ACT, 28 U.S.C. § 2412(d) AND COSTS PURSUANT TO 28 U.S.C. § 1920 on the interested parties in this action by placing a true copy thereof enclosed in a sealed envelope addressed as follows:

Ms. Kennie Del Carmen Cardenas
2448 W. Level Ave.
Anaheim, CA 92804

I caused such envelope with postage thereon fully prepaid to be placed in the United States mail at Santa Fe Springs, California.

I declare under penalty of perjury under the laws of the State of California that the above is true and correct.

I declare that I am employed in the office of a member of this court at whose direction the service was made.

Matthew F. Holmberg — /s/ Matthew F. Holmberg
TYPE OR PRINT NAME — SIGNATURE

**Kennie Cardenas**

Social Security case
Responsible Attorney: Matthew F. Holmberg (MFH)
Paralegals: Enedina Perez (EP) and Rafael Flores-Hernandez (RFH) at $200.00

| **DATE**: | **TIME**: | **PLGL**: | **DESCRIPTION**: |
|---|---|---|---|
| 5-Jun-25 | 0.5 | EP | preparation of letter to client regarding scope and terms of representation at District Court |
| 12-Jun-25 | 0.2 | EP | client call |
| 20-Jun-25 | 0.3 | EP | review of client IFP statement for completeness and evaluate for IFP eligibility |
| 22-Jul-25 | 0.15 | EP | preparation of civil cover sheet |
| 25-Jul-25 | 0.1 | EP | review of notice of reference |
| 25-Jul-25 | 0.15 | EP | preparation of consent to magistrate jurisdiction |
| 30-Jul-25 | 0.1 | EP | review of order granting IFP |
| 31-Jul-25 | 0.4 | EP | preparation of letter to client letter with DC status upon filing complaint |
| 1-Aug-25 | 0.05 | EP | review of Def's consent to proceed before magistrate |
| 23-Sep-25 | 0.2 | EP | receipt and review administrative record; preparation of memorandum to MFH re: same |
| 25-Sep-25 | 0.3 | EP | preparation of letter to client with status after receipt of administrative record |
| 18-Nov-25 | 0.3 | EP | preparation of letter to client after final submission |
| 21-May-26 | 0.3 | EP | preparation of letter to client with status 180 days after final filing |
| 7-Aug-26 | 0.4 | RFH | preparation of client letter re: remand scope and process |
| 11-Aug-26 | 0.3 | EP | preparation of letter to Appeals Council - AC Post Judgment letter |

| | | |
|---|---|---|
| Subtotals | 3.75 | $750.00 |

**Kennie Cardenas**

| **DATE**: | **TIME**: | **ATTY**: | **DESCRIPTION**: | |
|---|---|---|---|---|
| 4-Jun-25 | 1.1 | MFH | review ALJ decision and file for District Court case | |
| 2-Jul-25 | 1.2 | MFH | preparation of Complaint Title II (second court action) | |
| 23-Oct-25 | 4.2 | MFH | review of record for briefing, conduct of legal research regarding issues presented, and outlining of Plaintiff's Opening Brief | |
| 25-Oct-25 | 7.7 | MFH | drafting of Plaintiff's Opening Brief | |
| 26-Oct-25 | 3 | MFH | drafting of Plaintiff's Opening Brief continued | |
| 27-Oct-25 | 2.3 | MFH | drafting of Plaintiff's Opening Brief continued | |
| 4-Nov-25 | 0.25 | MFH | review of Def's brief | |
| 20-Jul-26 | 0.3 | MFH | preparation of letter to client with status 260 days after final DC filing | |
| 4-Aug-26 | 0.3 | MFH | review the judgment and order | |
| 26-Aug-26 | 0.6 | MFH | preparation of EAJA settlement package | |
| 26-Aug-26 | 0.3 | MFH | preparation of request for authority | |
| 26-Aug-26 | 0.4 | MFH | preparation of EAJA stipulation and order for fees | |
| Subtotals | 21.65 | | | $5,609.05 |

SORENSON V. MINK CALCULATIONS

| | | | |
|---|---|---|---|
| 2025 | 19.75 | $258.46 | $5,104.59 |
| 2026 | 1.9 | $265.51 | $504.47 |
| | **TOTAL TIME** | | **25.4** |
| | **TOTAL EAJA** | | **$6,359.05** |

# SOCIAL SECURITY REPRESENTATION AGREEMENT

This agreement was made on July 5, 2023, by and between the Law Offices of Lawrence D. Rohlfing, Inc., CPC referred to as attorney and **Ms. Kennie Del Carmen Cardenas**, S.S.N. --- -- **8888**, herein referred to as Claimant.

1. Claimant employs and appoints Law Offices of Lawrence D. Rohlfing, Inc., CPC to represent Claimant as Ms. Kennie Del Carmen Cardenas's Attorneys at law in a Social Security claim regarding a claim for disability benefits and empowers Attorney to take such action as may be advisable in the judgment of Attorney, including the taking of judicial review.

2. In consideration of the services to be performed by the Attorney and it being the desire of the Claimant to compensate Attorney out of the proceeds shall receive **25% of the past due benefits** awarded by the Social Security Administration to the claimant or **such amount as the Commissioner may designate under 42 U.S.C. § 406(a)(2)(A) which is $7,200.00 as of November 30, 2022**, whichever is **smaller**, upon successful completion of the case **at or before a first hearing decision from an ALJ**. If the Claimant and the Attorney are unsuccessful in obtaining a recovery, Attorney will receive no fee. This matter is subject expedited fee approval except as stated in ¶3.

3. The provisions of ¶ 2 only apply to dispositions at or before a first hearing decision from an ALJ. The fee for successful prosecution of this matter is **25% of the past due benefits awarded upon reversal of any unfavorable ALJ decision for work before the Social Security Administration**. Attorney shall petition for authorization to charge this fee in compliance with the Social Security Act for all time whether exclusively or not committed to such representation.

4. If this matter requires judicial review of any adverse decision of the Social Security Administration, the fee for successful prosecution of this matter is **a separate 25% of the past due benefits awarded upon reversal of any unfavorable ALJ decision for work before the court.** Attorney shall seek compensation under the Equal Access to Justice Act and such amount shall credit to the client for fees otherwise payable for that particular work. Client shall endorse such documents as are needed to pay Attorney any amounts under the EAJA and assigns such fee awards to Attorney.

5. Claimant shall pay all costs, including, but not limited to costs for medical reports, filing fees, and consultations and examinations by experts, in connection with the cause of action.

6. Attorney shall be entitled to a reasonable fee; notwithstanding the Claimant may discharge or obtain the substitution of attorneys before Attorney has completed the services for which he is hereby employed.

7. Attorney has made no warranties as to the successful termination of the cause of action, and all expressions made by Attorney relative thereto are matters of Attorney's opinion only.

8. This Agreement comprises the entire contract between Attorney and Claimant. The laws of the State of California shall govern the construction and interpretation of this Agreement except that federal law governs the approval of fees by the Commissioner or a federal court. Business and Professions Code § 6147(a)(4) states "that the fee is not set by law but is negotiable between attorney and client."

9. Attorney agrees to perform all the services herein mentioned for the compensation provided above.

10. Client authorizes attorney to pay out of attorney fees and without cost to client any and all referral or association fees to NONE, not to exceed 25% of fees.

11. The receipt from Claimant of __none__ is hereby acknowledged by attorney to be placed in trust and used for costs.

It is so agreed.

Kennie Cardenas

Ms. Kennie Del Carmen Cardenas

/S/ Matthew F. Holmberg

Law Offices of Lawrence D. Rohlfing, Inc., CPC
Matthew F. Holmberg

**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

| | |
|---|---|
| KENNIE DEL CARMEN CARDENAS,<br><br>Plaintiff,<br><br>vs.<br><br>FRANK BISIGNANO, Commissioner of Social Security,<br><br>Defendant | Case No.: 8:25-cv-01595-MAR<br><br>~~{PROPOSED}~~ ORDER AWARDING EQUAL ACCESS TO JUSTICE ACT ATTORNEY FEES AND EXPENSES PURSUANT TO 28 U.S.C. § 2412(d) AND COSTS PURSUANT TO 28 U.S.C. §§ 1920; 2412 |

Based upon the parties' Stipulation for the Award and Payment of Equal Access to Justice Act Fees, Costs, and Expenses:

IT IS ORDERED that fees and expenses in the amount of $6,250.00 as authorized by 28 U.S.C. § 2412, and no costs authorized by 28 U.S.C. §§ 1920; 2412, be awarded subject to the terms of the Stipulation.

DATE:9/11/26

THE HONORABLE MARGO A. ROCCONI
UNITED STATES MAGISTRATE JUDGE

Respectfully submitted,

LAW OFFICES OF LAWRENCE D. ROHLFING, INC., CPC

/s/ *Matthew F. Holmberg*

BY: ______________________

Matthew F. Holmberg

Attorney for plaintiff Kennie Del Carmen Cardenas